## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NHAN HOANG LE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-0310 (UNA) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court GRANTS the application and, for the reasons stated below, DISMISSES the complaint and this civil action without prejudice.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As the basis for this Court's jurisdiction, plaintiff asserts "FRAUD, CONSTITUTIONALITY OF STATE STATUTE, DEFEND TRADE SECRET ACT OF 2016, CIVL RIGHT, RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS." Compl. at 3 (emphasis in original). According to plaintiff, defendant "ALLOW[S] MULTIPLE CONSTITUTIONAL VIOLATION. INCLUDE FRAUD, CORRUPT ORGANIZATION, VIOLATING PERSONAL LIFE AND INVADING PRIVACY." *Id*. at 4 (emphasis in original). For these alleged wrongs, plaintiff demands an award of $20 trillion. *Id*.

As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8, and it will be dismissed. It neither sets forth a valid basis for the Court's jurisdiction nor articulates an actual legal claim.

An Order consistent with this Memorandum Opinion is issued separately.


DATE: February 20, 2025                    RUDOLPH CONTRERAS
                                           United States District Judge